# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ASHLEY GUGINO, | Case No. 2:17-cv-02431-APG-GWF |
| Plaintiff, | **ORDER FOR PLAINTIFF TO RESPOND** |
| v. | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | |
| Defendant. | |

Defendant Government Employees Insurance Company filed a brief in response to my Order to Show Cause. ECF No. 11. Plaintiff Ashley Gugino shall file a response by October 19, 2017.

Dated: October 10, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE